EDWARD C. MCKINNEY, Appellant, v. CANADIAN PACIFIC RAILWAY COMPANY,

Respondent.— Judgment and order reversed on the law and new trial granted, costs to abide the event, on the ground that on the evidence in the case, taking it in its most favorable view to the plaintiff, an issue of fact was presented whether the injury to the plaintiff was caused by a fall through a vestibule door, left open while the train was in motion. If the accident was occasioned in that way, we think a question of fact was presented. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.